# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Narciso Rubio,                                                           Case No. 11-23787-civ-M/T

      Plaintiff,

vs.

GTE Federal Credit Union and Southern Adjustment Services, Inc.,

      Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned serves this Notice of Appearance in this cause on behalf of GTE Federal Credit Union in this case, and requests that he be served with copies of all pleadings and notices of hearings in this cause.

Dated: November 11, 2011.                      **Thrasher & Heckman, P.A.**
                                                        *Attorneys for GTE Federal Credit Union*

                                                        By:   /s/ Chad D. Heckman
                                                        Chad D. Heckman
                                                        Florida Bar No. 526029
                                                        908 North Gadsden Street
                                                        Tallahassee, Florida 32303-6316
                                                        Voice: (850) 224-8685
                                                        Fax: (850) 224-1254
                                                        Email: Chad @thrasherandheckman.com
                                                        Web: www.thrasherandheckman.com



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been furnished by U.S. Mail and/or electronic means via the CM/ECF system on the date indicated in CM/ECF as the electronic filing date of this pleading to: Leo Bueno, PO Box 141679, Coral Gables, FL 33114-1679, Attorney for Plaintiff (usual place of business) and Southern Adjustment Services, Incorp, Brandon G. Waas, 9150 S. Dadeland Blvd., Miami, FL 33156, Defendant (usual place of business).

/s/ Chad D. Heckman
Attorney